UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

January 03, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Jesse Lee Drones, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-21-3635 |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On November 23, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Jesse Lee Drones's petition for writ of habeas corpus without prejudice for lack of subject matter jurisdiction. (4) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January ⟨3⟩, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge